# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02764-BNB

(Removal from Arapahoe County District Court, State of Colorado, Case No. 13CV967)

OLOYEA WALLIN,

    Plaintiff,

v.

EIGHTEEN JUDICIAL DISTRICT COURT FOR THE DISTRICT OF ARAPAHOE,
MARILYN LEONARD ANTRIM,
GERALD RAFFERTY,
WILLIAM SYLVESTER,
COLORADO COURT OF APPEALS,
DANIEL TAUBMAN,
JOHN WEBB, and
ALAN LOEB,

    Defendants.

## ORDER FOR SUMMARY REMAND

Plaintiff, Oloyea Wallin, acting *pro se*, has submitted to this Court a Notice of Removal. The Court must construe the Notice liberally because Mr. Wallin is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Although Mr. Wallin has failed to submit a properly certified Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915, the Court will not require Mr. Wallin to cure this deficiency and instead will remand the action summarily to the Arapahoe County District Court.

Mr. Wallin apparently seeks to remove to this Court a civil case--Case No. 13CV967--filed in the Arapahoe County District Court (the "State Action"). This Court

has reviewed the Notice of Removal and finds that it is deficient. Mr. Wallin asserts that he commenced the State Action. Only a defendant in a state court action may remove the action from the state court to a federal district court. *See* 28 U.S.C. § 1446(a). Accordingly, it is

ORDERED that this action is remanded summarily to the Arapahoe County District Court. It is

FURTHER ORDERED that the Clerk of this Court shall mail a certified copy of this Order to the Clerk of the Arapahoe County District Court at 7325 S. Potomac Street, Suite # 100, Centennial, Colorado 80112.

DATED at Denver, Colorado, this   16th   day of    October   , 2013.

BY THE COURT:


   s/Christine M. Arguello
CHRISTINE M. ARGUELLO
United States District Judge, for
LEWIS T. BABCOCK, Senior Judge
United States District Court